■ SERGIO VILLAVERDE, Appellant, v FREDERIC M. UMANE et al., Respondents. CARMEN J. GARCIA et al., Respondents, v FREDERIC M. UMANE, Respondent, and SERGIO VILLAVERDE, Appellant. [661 NYS2d 961] —Judgment, Supreme Court, Bronx

County (John Collins, J.), entered August 15, 1997, as amended August 19, 1997, unanimously affirmed for the reasons stated by Collins, J., without costs or disbursements. No opinion. Concur—Rubin, J. P., Williams, Tom, Andrias and Colabella, JJ.